## Philadelphia Company *v.* Pittsburgh, Appellant.

Argued Jan. 9, 1905. Appeal, No. 13, Oct. T., 1905, by defendants, from decree of C. P. No. 2, Allegheny Co., July T., 1904, No. 154, on bill in equity in case of Philadelphia Company v. City of Pittsburgh and John F. Steel, Treasurer of the City of Pittsburg. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

The tax in this case was three cents per foot for each lineal foot of pipe laid.

OPINION BY MR. JUSTICE BROWN, April 17, 1905 :

The tax which the city of Pittsburgh would collect from this appellee is an unauthorized property tax, and, for the reason given in the opinion in Pittsburgh Railways Company v. City of Pittsburgh et al., No. 12, October Term, 1905, this day filed, the decree is affirmed and the appeal dismissed at appellants' costs.